# UNITED STATES DISTRICT COURT

for the

Southern District of Florida
Miami Division

MYLENE MOREDA,
and other similarly-situated individuals

*Plaintiff(s)*

v.

ELIOR, INC., d/b/a A'VIANDS FOOD & SERVICE MANAGEMENT, and JORGE SANTIAGO, individually

*Defendant(s)*

Civil Action No. 1:26-cv-28290

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JORGE SANTIAGO, individually
BridgePrep Academy South
10700 SW 56th Street
Miami, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Mena-Glasgow
SIMPSON & MENA, P.A.
2250 SW Third Avenue, Suite 501
Miami, FL 33129
Telephone: (305) 912-7665 | alexis@simpsonmenalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Nov 19, 2026

SUMMONS

s/ K. Pierre

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Miami Division

MYLENE MOREDA,
and other similarly-situated individuals

*Plaintiff(s)*

v.

ELIOR, INC., d/b/a A'VIANDS FOOD & SERVICE MANAGEMENT, and JORGE SANTIAGO, individually

*Defendant(s)*

Civil Action No. 1:26-cv-28290

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ELIOR, INC.
d/b/a A'VIANDS FOOD & SERVICE MANAGEMENT
c/o Corporate Creations Network Inc., Registered Agent
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Mena-Glasgow
SIMPSON & MENA, P.A.
2250 SW Third Avenue, Suite 501
Miami, FL 33129
Telephone: (305) 912-7665 | alexis@simpsonmenalaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Nov 19, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Pierre

Deputy Clerk
U.S. District Courts